IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chandale D. Miller,

    Petitioner,

    v.                                  Case No. 2:10–cv–1034

Tim Brunsman, Warden,           Judge Michael H. Watson
                                              Magistrate Judge Abel

    Respondent.

## OPINION AND ORDER

On November 16, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                      Michael H. Watson, Judge
                                                      United States District Court