IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chandale D. Miller,

    Petitioner,

    v.

Tim Brunsman, Warden,

    Respondent.

Case No. 2:10–cv–1034

Judge Michael H. Watson
Magistrate Judge Abel

## OPINION AND ORDER

On November 16, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

Michael H. Watson, Judge
United States District Court